# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| XIA MARINAS, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ISEC, INCORPORATED, a Colorado Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 8:19-cv-02368-JVS (JDEx)<br><br>**ORDER ON STIPULATION OF DISMISSAL**<br><br>The Hon. James V. Selna<br><br>*[Filed and Served Concurrently with [Proposed] Order]*<br><br>Action Filed:　　　November 8, 2019 |

IT IS HEREBY ORDERED that the above-entitled matter is dismissed in its entirety, with prejudice, including any and all cross-claims, pursuant to Fed. R. Civ. P. 41(a)(1), *et seq*.

**IT IS SO ORDERED.**

SIGNED this 10th day of June, 2020

_____
Hon. James V. Selna.
United States District Court Judge

4815-7929-2607.1